**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. DLB-25-153** |
| | * | |
| **JULIO CESAR PENA MARTINEZ,** | * | |
| **a/k/a "Big Julio",** | * | |
| | * | |
| **Defendant.** | * | |

*******

**JOINT STATUS REPORT**

The United States of America, by and through undersigned counsel, and with the consent of counsel for Defendant Julio Cesar Pena Martinez, Andrew Stewart, respectfully submits the following joint status report in this case. In accordance with the Court's instructions, the parties respectfully submit as follows:

1. On May 7, 2025, Mr. Martinez was charged via criminal complaint with Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. § 846; Distribution and Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a); and Use of a Communication Facility for a Controlled Substance Offense, in violation of 21 U.S.C. § 843(b). ECF No. 16.

2. On May 8, 2025, Mr. Martinez had his initial appearance on the criminal complaint in the United States District Court of New Jersey before the Honorable Andre M. Espinoza. *See* Case No. 2:2025-mj-11124.

3. On May 15, 2025, a federal Grand Jury in the District of Maryland returned a sixteen-count Indictment against Mr. Martinez and his co-defendants. Mr. Martinez was charged with one count of conspiracy to commit Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance, in violation of 18 U.S.C. § 846, two counts of Distribution of a

Controlled Substance, in violation of 21 U.S.C. §§§ 841(a)(1),(b)(1)(A), (b)(1)(C), 18 U.S.C. § 2, and one count of Use of any Communication Facility to Facilitate Drug Felony, in violation of 21 U.S.C. § 843(b). ECF No. 53.

4. On May 23, 2025, Mr. Martinez had his initial appearance before the Honorable Ajmel A. Quereshi. ECF No. 70.

5. On June 27, 2025, Mr. Martinez was removed from the United States.

6. On September 25, 2025, a federal Grand Jury in the District of Maryland returned a sixteen-count Superseding Indictment against the Defendants. The charges included Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. § 846; Distribution and Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a)(b)(1)(B), (C); Use of a Communication Facility for a Controlled Substance Offense, in violation of 21 U.S.C. § 843(b); Conspiracy to Commit Firearms Trafficking, in violation of 18 U.S.C. § 933(a)(3); and Firearms Trafficking, in violation of 18 U.S.C. §§ 933(a)(1) and 18 U.S.C. § 933(a)(2). ECF No. 118.

7. On February 12, 2026, Mr. Martinez had his initial appearance on the Superseding Indictment before the Honorable Ajmel A. Quereshi, during which Mr. Martinez consented to pretrial detention. ECF Nos. 177, 178.

8. On April 14, 2026, the Court granted Mr. Martinez's motion to substitute (ECF No. 194) Andrew Stewart, Esq. as counsel of record in place of Assistant Federal Public Defender Ellie Marranzini. ECF No. 198.

9. The parties have since engaged in discussions regarding a potential pretrial disposition. The government anticipates extending Mr. Martinez a formal plea offer within the next two weeks.

10. In light of the foregoing, the parties respectfully request an additional 30 days for the parties to reach a pretrial disposition or prepare for pretrial litigation. Accordingly, the parties respectfully request to submit another status report by August 14, 2026.

11. Counsel for Mr. Martinez have reviewed this joint status report and consent to its filing.

Respectfully submitted,

/s/
Lanay Mitchell
Special Assistant United States Attorney

Joseph Baldwin
Assistant United States Attorney

/s/
Amy Collins, Esq.
Counsel for Defendant

/s/
Andrew Stewart, Esq.
Counsel for Defendant